**Order entered June 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00168-CV

### CHERYL DENISE SCHULDENBERG, Appellant

### V.

### OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, AS SUBROGEE FOR KURT S. JOHNSON AND LAURA KLINGER, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15270**

### ORDER

By order dated May 27, 2021, we ordered this appeal be submitted without a reporter's record after appellant failed to provide proof of request and payment. *See* TEX. R. APP. P. 37.3(c). On June 8, 2021, appellant filed a letter addressed to the court reporter requesting the reporter's record. Accordingly, on the Court's own motion, we **VACATE** this Court May 27th order.

We **ORDER** Diane Robert, Official Court Reporter of the 14th Judicial District Court, to file the reporter's record on or before **July 12, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Robert and all parties.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE